IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES ALBERT,            :
    Plaintiff,         :
    v.                 : Case No. 3:09-cv-116-KRG-KAP
JOHN YOST, WARDEN, F.C.I.  :
LORETTO, et al.,           :
    Defendants         :

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 5, 2011, docket no. 85, recommending that summary judgment be granted to defendants on defendants' motion, docket no. 59, and that plaintiff's cross motion, docket no. 74, be denied.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections, docket no. 86, which I have reviewed but reject as insufficient to raise a genuine issue of fact that plaintiff suffered any injury caused by defendants.

Upon <u>de novo</u> review of the record of this matter, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 21st day of January, 2011, it is

ORDERED that defendants' motion for summary judgment, docket no. 59, is granted and plaintiff's motion for summary judgment, docket no. 74, is denied. Judgment is ordered in favor of the defendants. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Charles Albert, Reg. No. 30123-160
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940